

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1   NICHOLAS A. TRUTANICH
    United States Attorney
2   District of Nevada
    Nevada Bar Number 13644
3   ROBERT A. KNIEF
    Assistant United States Attorney
4   501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
5   PHONE: (702) 388-6336
    Email: robert.knief@usdoj.gov
6   Counsel for Plaintiff United States

FILED

2019 JUN 17  AM 8: 47

U.S. MAGISTRATE JUDGE

BY_____

7                   *UNITED STATES DISTRICT COURT*
8                        *DISTRICT OF NEVADA*
                              -oOo-
9

10  United States of America,            )    Case No.    2:19-mj-455-GWF
                                         )
                    Plaintiff,           )
11      vs.                              )
                                         )    **GOVERNMENT'S *EX PARTE***
12  Jesus Ernesto Reyes Garcia,          )    **APPLICATION REQUESTING**
                                         )    **SEALING OF THE COMPLAINT**
13                  Defendant.           )

14          COMES NOW the United States of America, by and through Nicholas A. Trutanich,

15  United States Attorney, and Robert A. Knief, Assistant United States Attorney, and respectfully moves

16  this Honorable Court for an Order sealing the Complaint, together with this Application and the

17  Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court

18  of competent jurisdiction, shall order otherwise.

19          The Government submits that it is necessary for said documents to be sealed in light of

20  the fact that they make reference to information regarding an on-going investigation. The Government

21

22

23

24

                                            1

submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that it's right to secrecy far outweighs the public's right to know.

DATED this ___12___ day of June, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

ROBERT A. KNIEF
Assistant United States Attorney

FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA** 2019 JUN 17 AM 8: 47
-oOo-

U.S. MAGISTRATE JUDGE

BY

| | | |
|---|---|---|
| United States of America, | ) | Case No.    2:19-mj-455-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SEALING** |
| | ) | |
| Jesus Ernesto Reyes Garcia, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter, shall be sealed until further order of the Court.

DATED this _17th_ day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE