UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ERNESTO REYES-GARCIA, a/k/a Abraham Meza Cardenas,<br><br>Defendant. | Case No. 2:19-CR-00198-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendant Jesus Ernesto Reyes-Garcia's Motion to Permit Counsel to Provide Defendant with a Hard Drive of Discovery While Defendant is Incarcerated at Southern Nevada Detention Center (ECF No. 22). The Court has considered Defendant's Motion and the Government's Response (ECF No. 23). The parties agree Defendant should be allowed access to the hard drive containing discovery produced by the United States in this case.

Accordingly,

IT IS HEREBY ORDERED that the Southern Nevada Detention Center allow defense counsel, Nicholas M. Woolridge, Woolridge Law, Ltd., to provide the Defendant with a hard drive containing the discovery produced by the United States in Case No. 2:19-cr-00198-JCM-EJY.

DATED: September 24, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1